IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT J. BOYDEN, SR.              :        CIVIL ACTION
                                   :
    v.                             :
                                   :
TOWNSHIP OF UPPER DARBY, et al.    :        NO. 13-5434

ORDER

AND NOW, this 24th day of March, 2014, upon consideration of defendants Township of Upper Darby and William Sides's motion to dismiss plaintiff's amended complaint (docket entry # 11), plaintiff's response in opposition thereto, the defendants' reply, and the defendants' motion to compel discovery (docket entry # 17), to which the plaintiff has not replied, and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants Township of Upper Darby and William Sides's motion to dismiss (docket entry # 11) is DENIED;

2. Defendants' motion to compel discovery (docket entry # 17) is GRANTED;

3. The parties shall COMPLETE all discovery by May 19, 2014;

4. By noon on May 22, 2014 the parties shall INFORM the Court by facsimile (215-580-2156) whether settlement discussions would likely be productive; and

5. Further scheduling shall ABIDE the Court's receipt of that information.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.